# Seybert *against* The Bank.

All things are presumed to be rightly done in a court of record.

ERROR to *Luzerne* county.

This was an action of *assumpsit* by the Wyoming bank against Nicholas Seybert, in which the defendant pleaded *non assumpsit* and payment. " A jury was called and sworn, and the same day the jury was discharged, and judgment given for the plaintiff, for the amount of judgment before the justice, and interest." The action originated before a justice of the peace, whose transcript filed exhibited a judgment on the 3d of January 1833, for 100 dollars, from which the defendant appealed.

Errors assigned.

1. The defendant having pleaded *non assumpsit* and payment, and a jury being sworn, the court discharged the jury and entered judgment against the defendant without evidence, his plea of payment being undenied, and an issue on his plea of *non assumpsit* existing.

2. That judgment was entered for no certain sum, and upon the basis of the judgment of the justice.

*Bellas,* for plaintiff in error.
*Conyngham,* contra.

PER CURIAM.—All things are presumed to be rightly done in a court of record ; and we are bound by this maxim to intend that the court gave judgment on an agreement, or with the acquiescence of the parties.

Judgment affirmed.